**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1889**

MOHAMMAD EHSAN HAJABBASSI,

Plaintiff - Appellant,

v.

NILES BOLTON ASSOCIATES, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:22-cv-01131-LMB-WEF)

Submitted:  March 28, 2024                          Decided:  April 1, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Nicholas Woodfield, Robert S. Oswald, THE EMPLOYMENT LAW GROUP PC, Washington, DC, for Appellant.  Leslie Paul Machado, Amy M. Heerink, O'HAGAN MEYER, PLLC, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad Hajabbassi, a White Muslim of Iranian descent, appeals the district court's order granting Defendant summary judgment on Hajabbassi's discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 and 42 U.S.C. § 1981. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Hajabbassi v. Niles Bolton Assocs., Inc.*, No. 1:22-cv-01131-LMB-WEF (E.D. Va. Aug. 4, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*